```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------------

UNITED STATES OF AMERICA

    - against -

GINA GUY, ET AL.,

        Defendants.

-------------------------------------------

25-cr-29 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

    The next conference is scheduled for **June 25, 2025**, at **2:30 p.m.**

    Because a continuance is needed to assure the effective assistance of counsel, to allow the government to make discovery, and to permit defense counsel to review such discovery, the Court prospectively excludes the time from today, **February 5, 2025**, until **June 25, 2025**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

    SO ORDERED.

Dated:    New York, New York
           February 5, 2025

                                                    _____
                                                        John G. Koeltl
                                            United States District Judge