UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

GINA GUY, ET AL.,

            Defendants.

25-cr-29 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

The Government should respond to the defendants' motion for a bill of particulars (ECF No. 39) by **February 28, 2025.** The defendants may reply by **March 7, 2025.**

SO ORDERED.

Dated: February 17, 2025
      New York, New York

                                    John G. Koeltl
                              United States District Judge