# William Castro

| | |
|---|---|
| 502 Park Avenue, Suite 7E<br>New York, New York 10022<br>C: (305) 898-3716<br>F: (305) 598-2023<br>wmcastronyatty@gmail.com | Admitted in New York<br>New York Registration No. 2330074<br>2nd, 3rd, 4th, 6th, and 9th Circuit Courts of Appeals<br>SDNY, EDNY, DMD |

February 20, 2025

**BY ECF**
Judge John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
2/21/25

Re: *United States v. Gina Guy, case no. 1:25-cr-00029-JGK*
*Unopposed Letter Motion Requesting Modification of Ms. Guy's Conditions of Release Pending Trial to Allow her to Travel on March 12, 2025 From New Jersey to Central Islip to Meet with Defense Counsel*

Dear Judge Koeltl,

As I indicated at the February 5, 2025 Conference, I represent a defendant who will be sentenced in the Eastern District of New York (Central Islip) on March 11, 2025 before United States District Court Judge Joan M. Azrack. Without objection from the Government, I advised this Court that I wanted to meet with my client Ms. Guy in Central Islip on March 12, 2025 and represented that I would file a letter motion after conferring with United States Pretrial Services. Accordingly, I am requesting modification of Ms. Guy's conditions of release to allow her to travel

1

on March 12, 2025 from her apartment in New Jersey to the Courtyard by Marriott Hotel located at 11 Court House Drive, Central Islip, New York 11722, telephone number 631-582-2100, in order to review discovery and discuss defense strategy with me. The times when she departs and returns to New Jersey on March 12, 2025 will be set and monitored by US Pretrial Services.

On February 20, 2025, US Pretrial Services Officer Andrew Dziopa, who supervises Ms. Guy in New Jersey, deferred to the SDNY Pretrail Services, as it is their case. On February 20, 2025, SDNY US Pretrial Services Officer Ashley Cosme stated she had no objection to the modification sought herein.

Sincerely,

William Castro
Attorney for Gina Guy

cc: AUSA's Diarra Guthrie and Lauren Phillips

    Joseph Corozzo and Angela Lipson
    Attorneys for co-defendant Rosanna Lisa Stanley