Case 1:25-cr-00029-JGK    Document 56    Filed 03/30/25    Page 1 of 2

# William Castro

| | |
|---|---|
| 502 Park Avenue, Suite 7E | Admitted in New York |
| New York, New York 10022 | New York Registration No. 2330074 |
| C: (305) 898-3716 | 2nd, 3rd, 4th, 6th, and 9th Circuit Courts of Appeals |
| F: (305) 598-2023 | SDNY, EDNY, DMD |
| wmcastronyatty@gmail.com | |

March 30, 2025

**BY ECF**
Judge John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
3/31/25

Re: *United States v. Gina Guy*, case no. 1:25-cr-00029-JGK
*Unopposed Letter Motion Requesting Modification of Ms. Guy's Conditions of Release to Allow her to Use a Computer to Communicate with Undersigned Counsel in Relation to her Pending Case*

Dear Judge Koeltl,

At present, Ms. Guy's conditions of pretrial release allow her to use a computer for work purposes only. Since the Government has begun providing discovery, undersigned counsel needs to share and communicate with Ms. Guy to review and discuss those items, and to generally exchange thoughts about the preparation of her defense. Accordingly, I seek the requested modification which contemplates Ms. Guy's use of an email address dedicated solely for communications with undersigned counsel. As with the allowed usage of a telephone

1

by Ms. Guy, US Pretrial Services may monitor the usage between undersigned counsel and Ms. Guy but may not read or share its privileged contents.

On March 28, 2025, I communicated with AUSA's Lauren Phillips and Diarra Guthrie, as well as US Pretrial Services Officer Andrew Dziopa (who supervises Ms. Guy in New Jersey), and they indicated no objection to the instant request. On March 30, 2025, SDNY US Pretrial Services Officer Ashley Cosme also advised undersigned counsel that she had no objection.

Sincerely,

William Castro
Attorney for Gina Guy

cc: AUSA's Diarra Guthrie and Lauren Phillips
US Pretrial Services Officer Andrew Dziopa
US Pretrial Services Officer Ashley Cosme

2