**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA,**

       - against -

**GINA GUY, ET AL.,**
                **Defendants.**
------------------------------------------------

**25-cr-29 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The Government should respond to the defense letter dated May 19, 2025, by **May 28, 2025.**

**SO ORDERED.**
**Dated:   New York, New York**
         **May 21, 2025**

                           /s/ John G. Koeltl
                              **John G. Koeltl**
                    **United States District Judge**