UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                    25-cr-29 (JGK)

      - against -                              ORDER

GINA GUY,
                  Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant, Gina Guy, has moved to change a condition of her pretrial release from home detention to a curfew from 7:00 p.m. to 7:00 a.m. enforced by location monitoring as directed by Pretrial Services.[1] ECF No. 63.

    The conditions of pretrial release should be the "least restrictive" condition or combination of conditions that "will reasonably assure the appearance of the defendant as required and the safety of any other person and the community." 18 U.S.C. § 3142(c)(1)(B). The Court may at any time amend the conditions of release. Id. § 3142(c)(3).

    The defendant points out that she has carefully abided by all of the conditions of supervised release for almost a year and that there are some changed circumstances warranting the conversion of her home detention to a curfew. While the defendant was unemployed at the time the original conditions

---

[1] The application states that the curfew should be from 7:00 a.m. to 7:00 p.m., but that is plainly a typo.

were set, the defendant is now employed at a job where she works Monday through Fridays from 8:00 a.m. to 4:00 p.m. The defendant also seeks to have sufficient time to be outdoors with her two-year-old son.

The defendant's Pretrial Services Officer supports the change in the conditions of pretrial release. Only the Government opposes the change, arguing that simply compliance with the conditions of pretrial release is insufficient to warrant a change in the conditions and that the changed circumstances cited by the defendant do not justify a change. However, taking all of the circumstances into account, it is plain that the requested change is justified and, together with all of the other conditions of pretrial release, would be the least restrictive condition or combination of conditions that will reasonably assure the appearance of the defendant and the safety of other persons and the community.

Accordingly, the defendant's application is **granted**. The condition of home detention for pretrial release is changed to a condition of a curfew from 7:00 p.m. to 7:00 a.m. enforced by location monitoring as directed by Pretrial Services. All other conditions of pretrial release remain the same.

The Clerk is directed to close ECF No. 53.

**SO ORDERED.**

Dated:     New York, New York
           May 30, 2025

                                        _____
                                              John G. Koeltl
                                        **United States District Judge**