UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                                  25 cr 29 (JGK)

-against-

                            **SPEEDY TRIAL ORDER**

GINA GUY and ROSANNA LISA STANLEY,
                     Defendant.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, September 26, 2025, at 12:30pm,** before the Honorable John G. Koeltl.

Because the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **September 26, 2025** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                               **JOHN G. KOELTL**
                                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        July 7, 2025