# RUBINSTEIN & COROZZO, LLP

COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

**RONALD RUBINSTEIN**
**JOSEPH R. COROZZO**

**ANGELA D. LIPSMAN (NY; NJ)**

Of Counsel:
**MARSHALL A. MINTZ**

August 21, 2025

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Stanley
25 CR 29 (JGK)

Dear Judge Koeltl,

I represent Defendant Rosanna Lisa Stanley. A *Curcio* hearing is scheduled for September 9, 2025, and a status conference is scheduled for September 26, 2025.

As the Court will recall, Ms. Stanley resides in Florida and has health issues.

Wherefore, Ms. Stanley respectfully requests permission to participate in both the upcoming hearing and the upcoming status conference remotely, so that she does not have to travel to New York for the appearances. Defense counsel has conferred with the Government, and the U.S. Attorney's Office has no objection to this request.

Thank you for your consideration.

Respectfully,

Angela D. Lipsman

Angela D. Lipsman, Esq.

cc:    A.U.S.A.s Diarra Guthrie and Lauren Phillips (via ECF)

Robert Soloway, Esq. (via ECF)

---

Application Granted. **SO ORDERED.**

Dated:    **August 22, 2025**                    /s/ John G. Koeltl
          **New York, New York**           John G. Koeltl, U.S.D.J.