UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

      - against -

GINA GUY and ROSANNA LISA STANLEY,

      Defendants.

25-cr-29-1 (JGK)
25-cr-29-2 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

As stated at the conference held today, the Court sets the following schedule for trial. The defendants must file any motions by **January 15, 2026.** The Government's response will be due **February 5, 2026.** The defendants' reply to the Government's response shall be filed by **February 17, 2026.** A hearing on the defendants' motions shall be held on **March 18, 2026, at 10:30 a.m.** The Government's Rule 404(b) disclosures shall be filed by **April 17, 2026.** Requests to charge, proposed voir dire, and motions in limine shall be filed by **May 15, 2026.** Any responses or objections shall be filed by **May 22, 2026.** A final pre-trial conference shall be held on **June 30, 2026, at 10:30 a.m.** Trial is scheduled for **July 7, 2026,** at 9:00 a.m.

SO ORDERED.

Dated:    New York, New York
             September 26, 2025

                                               John G. Koeltl
                                      United States District Judge