**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

              **- against -**

**GINA GUY,**

                       **Defendant.**

---

**25-cr-29-1 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The defendant, Gina Guy, seeks to amend the conditions of her pre-trial release to eliminate the conditions of a curfew enforced by location monitoring and computer monitoring. The Court has determined that all of the previous conditions were the least restrictive means to assure the safety of the community and the continuing appearance of the defendant. The major reason advanced by the defendant for the removal of those conditions is that the defendant seeks to attend a GED evening course, which would be beneficial for her. The Probation Officer supports the elimination of all the above conditions.

The Court could not determine that eliminating all the above conditions would leave sufficient conditions to assure the appearance of the defendant and the safety of the community. But it is apparent that the curfew could be adjusted to allow the defendant to attend the GED courses she seeks to attend. Therefore, the curfew should be modified by the Probation Officer

to allow the defendant to attend the GED classes she seeks to attend. No other modification is warranted at this time.

**SO ORDERED.**

**Dated:**    **New York, New York**
         **December 19, 2025**

                              **John G. Koeltl**
                    **United States District Judge**

2