UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                    25-cr-29 (JGK)

                                             <u>ORDER</u>

             - against -

GINA GUY, ET AL.,

             Defendants.

---

JOHN G. KOELTL, District Judge:

    The hearing scheduled for March 18, 2026, at 10:30 a.m. is **adjourned** until April 7, 2026, at 10:30 a.m.

SO ORDERED.

Dated:    New York, New York
          March 12, 2026

                                   _____
                                        John G. Koeltl
                                   United States District Judge