UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          25-cr-29 (JGK)

          ORDER

      - against -

GINA GUY, ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The hearing scheduled for March 18, 2026, at 10:30 a.m. is

**adjourned** until April 7, 2026, at 10:30 a.m.

SO ORDERED.

Dated:    New York, New York
          March 12, 2026

                    John G. Koeltl
               United States District Judge