# RUBINSTEIN & COROZZO, LLP

COUNSELORS AT LAW

**260 MADISON AVENUE, 22ND FLOOR**
**NEW YORK, N.Y. 10016**
**TELEPHONE (212) 545-8777; FAX (917) 722-8206**
**INFO@RUBCORLAW.COM**

**RONALD RUBINSTEIN**                                          Of Counsel:
**JOSEPH R. COROZZO**                                          **MARSHALL A. MINTZ**

**ANGELA D. LIPSMAN (NY; NJ)**

March 13, 2026

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*ADJOURNED TO FRIDAY, APRIL 17, 2026, AT 10:30AM SO ORDERED. [signature] USDJ 3/13/26*

Re: United States v. Guy et al.
25 CR 29 (JGK)

Dear Judge Koeltl,

We represent Defendant Rosanna Lisa Stanley ("Stanley"). Defendants Guy and Stanley respectfully request an adjournment of the appearance currently scheduled for Tuesday, April 7, 2026.

Tuesday, April 7, 2026 poses a scheduling conflict for counsel for both defendants. Mr. Corozzo, lead counsel for Ms. Stanley, is away that week. Mr. Castro, counsel for Ms. Guy, teaches in Florida on Tuesdays and Thursdays this semester.

We have conferred with the Government, and understand that the Government has no objection. The parties are available on Friday, April 17, 2026.

Wherefore, we respectfully request that the Court reschedule the appearance for Friday, April 17, 2026.

Thank you for your consideration.

Respectfully submitted,

Angela D. Lipsman, Esq.
Joseph R. Corozzo, Esq.

cc:    A.U.S.A.s Diarra Guthrie and Lauren Phillips (via ECF)