UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

    - against -

GINA GUY & ROSANNA LISA STANLEY,
                     Defendants.
---

25-cr-0029 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has considered all of the parties' arguments. To the extent not specifically addressed, those arguments are either moot or without merit.

For the reasons stated on the record today, the defendants' motion to dismiss Counts I, II, and III of the Indictment (ECF No. 90) is **denied.** The defendants' motion for in camera review or disclosure of the grand jury minutes (ECF No. 94) is **denied.** Defendant Guy's motion to suppress and for the return of the funds seized from the Santander Bank account (ECF No. 93) is **denied without prejudice as moot.**

The Clerk is respectfully directed to close ECF Nos. 90, 93, and 94.

SO ORDERED.
Dated:    New York, New York
          April 17, 2026

                            John G. Koeltl
                   United States District Judge