**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 7, 2026

**By ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Gina Guy and Rosanna Lisa Stanley*, **25 Cr. 29 (JGK)**

Dear Judge Koeltl:

    The Government respectfully submits this letter on behalf of all parties. As communicated to Chambers, the Government understands that both defendant Gina Guy and Rosanna Lisa Stanley intend to enter pleas of guilty pursuant to plea agreements with the Government, and a change of plea hearing is scheduled for May 26, 2026 at 11:00 a.m. In light of the expected pleas, the parties respectfully request that the Court adjourn *sine die* the May 15, 2026 deadline for requests to charge, proposed *voir dire*, and motions *in limine*, and the May 22, 2026 deadline for responses to those filings. (*See* Dkt. 79.)

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

by: _____
                        Lauren E. Phillips
                        Diarra M. Guthrie
                        Assistant United States Attorneys
                        (212) 637-2231 / 2463

cc:    Counsel of Record (by ECF)

                  **APPLICATION GRANTED**
                    **SO ORDERED**

5/7/26           John G. Koeltl, U.S.D.J.