## William Castro

| | |
|---|---|
| 8724 S.W. 72nd Street, #205 | Admitted in New York |
| Miami, Florida 33173 | New York Registration No. 2330074 |
| C: (305) 898-3716 | United States Supreme Court |
| F: (305) 598-2023 | 2nd, 3rd, 4th, 6th, 9th, 11th Circuit Courts of Appeals |
| wmcastronyatty@gmail.com | SDNY, EDNY, DMD |

June 15, 2026

**BY ECF**

Judge John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

6/15/26

> Re: *United States v. Gina Guy, case no. 1:25-cr-00029-JGK*
> *Unopposed Letter Motion Requesting Modification of Ms. Guy's Conditions of Release Pending Sentencing To Allow her to Travel to Arizona to Attend Sister's Funeral*

Dear Judge Koeltl,

Ms. Guy is presently on release pending her sentencing hearing before this Court on September 28, 2026. She requests this Court to modify her conditions of release to allow her to travel from New Jersey (where she is presently supervised by US Pretrial Services) to Phoenix, Arizona, where her older sister, who has been on life support for the past four years, will have that life support imminently withdrawn by Ms. Guy's mother. Upon her sister's life support being withdrawn and her expiration, Ms. Guy would request this Court's permission to travel from Newark, New Jersey on a direct flight to Phoenix, Arizona, where she will remain to attend her sister's funeral and mourn her death with family.

In accord with the Government and US Pretrial Services, Ms. Guy will book her flight from Newark airport to Phoenix upon her sister's expiration and return to New Jersey from Phoenix no later than on the fourth day after her departure. On June

1

15, 2026, I conferred with US Pretrial Services Officer Andrew Dziopa, who supervises her in New Jersey, as well as SDNY US Pretrial Services Officer Ashley Cosme, and each agreed to Ms. Guy's travel, and that during her travel the curfew and electronic monitoring conditions would be suspended until she returns to New Jersey because the equipment is not operable outside of the jurisdiction. Ms. Guy will still travel with her ankle bracelet and show TSA at the airports (if requested) the Court order which states that she is required to wear it. Mr. Dziopa also agreed that Ms. Guy would check-in with him daily by telephone during her travel. Ms. Guy will provide all travel itinerary, including flight information and the address where she will be residing while in Phoenix, to US Pretrial Services, before her departure from New Jersey.

On June 15, 2026, I conferred with AUSA Lauren Phillips regarding this request for travel and she expressed her consent to Ms. Guy's travel as outlined above.

Sincerely,

*/s/William Castro*
William Castro
Attorney for Gina Guy

cc: AUSA's Diarra Guthrie and Lauren Phillips

Joseph Corozzo and Angela Lipson
Attorneys for co-defendant Rosanna Lisa Stanley

2