UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

GINA GUY, ET AL,

Defendants.

25-cr-29 (JGK)

Order

**John G. Koeltl, District Judge:**

Sentencing for Gina Guy is adjourned to **December 14, 2026, at 10:30 a.m.** Sentencing for Rosanna Stanley is adjourned to **December 14, 2026,** at **11:30 a.m.**

Defense submissions are due on **November 23, 2026.** Government submissions are due **November 30, 2026.**

The Probation Office is respectfully requested to prepare an amended Pre-Sentence Report incorporating the parties' agreed-upon amendments to the factual statements by **November 6, 2026.**

SO ORDERED.

Dated: New York, New York
October 30, 2026

John G. Koeltl
United States District Judge